Michael Machat, Esq. SB#109475
MACHAT & ASSOCIATES, P.C.
8730 W. Sunset Blvd., Suite 250
West Hollywood, California 90069
Telephone: (310) 860-1833
Email: michael@machatlaw.com

David A. Randall (SBN 156722)
dave@hdmnlaw.com
Ehab Samuel (SBN 228296)
esamuel@hdmnlaw.com
HACKLER DAGHIGHIAN MARTINO & NOVAK P.C.
10900 Wilshire Blvd., Suite 300
Los Angeles, CA 90024
Tel.: (310) 887-1333
Fax: (310) 887-1334

Attorneys for Plaintiff
Vampire Family Brands, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| VAMPIRE FAMILY BRANDS, LLC, | CIVIL ACTION NO. 2:20-cv-09482 |
| Plaintiff, | |
| vs. | **PLAINTIFF VAMPIRE FAMILY BRANDS, LLC RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| MPL BRANDS, INC., MPL BRANDS NV, INC. d/b/a PATCO BRANDS, AND PYRAMID INC., AND DOES 1 THROUGH 20, INCLUSIVE | |
| Defendants. | |

Plaintiff Vampire Family Brands, LLC is a privately held company.  There is no parent corporation or public entity that owns 10% or more of Vampire Family Brands, LLC.

.

                                                  Respectfully submitted,

Dated:  October  15 , 2020                 By: s/Michael Machat
                                                   Michael Machat (CA SBN 109475)
                                                   Machat & Associates, PC
                                                   8730 W. Sunset Blvd., Ste. 250
                                                   West Hollywood, CA 90069
                                                   Tel: (310) 860-1833
                                                   Email: Michael@machatlaw.com