# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| VAMPIRE FAMILY BRANDS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>MPL BRANDS, INC., MPL BRANDS NV, INC. d/b/a PATCO BRANDS, and PYRAMID INC.,<br><br>Defendants. | Case No. CV 20-9482-DMG (ASx)<br><br>ORDER OF DISMISSAL WITH PREJUDICE [71] |

The Court, having considered the parties' Joint Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice the above-captioned action. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: December 7, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE